UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD M. WEINBERG,

                      Plaintiff,

                                                **ORDER**

   - against -

SYNCOM PHARMACEUTICALS, INC.,
                                           02CV5816 (TCP) (AL)

                      Defendant.
------------------------------------------------------------X
PLATT, District Judge:

       Before the Court is a Report and Recommendation ("the Report") of U. S. Magistrate Judge Arlene R. Lindsay dated May 6, 2005, which recommends that the Court refrain from determining reasonable attorneys' fees for Plaintiff's former law firm Rosen, Leff, because a decision at this time would be premature. Instead, Rosen, Leff's motion for a charging lien should be granted and the amount of the charging lien be set when the underlying matter is concluded. At that time, the Court will be in a better position to assess and determine the value of Rosen, Leff's contribution to the Plaintiff's case.

No objections to the Report having been filed, the Report is

**AFFIRMED** and **ADOPTED** as an Order of this Court.

**SO ORDERED**.

_/S/_____

Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
       May 25, 2005