UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Weinberg

             Plaintiff,

    -v-

Syncom Pharmaceuticals, Inc.

             Defendant.

--------------------------------------------------------X

ORDER OF DISMISSAL
CV-02-5816(TCP)

       IT IS HEREBY ORDERED, having been advised by the parties on December 29, 2006 that

the above case has settled, the case is dismissed.  A stipulation of settlement should be forwarded to the

Court as promptly as possible.

       IT IS FURTHER ORDERED should the settlement not be consummated the Court will

reopen the case upon receipt of letter from counsel so requesting.

       The Clerk of the Court is directed to mark this case closed.


                               /s/
                              Thomas C. Platt
                              U.S. District Judge


Dated: Central Islip, NY
       January 17, 2007